IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

NATHAN DONALD PELHAM

NO. 3:23-MJ-401-BK

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Nathan Donald Pelham**, pursuant to 18 U.S.C. §3142(e) and (f).

1. Eligibility of Case.   This case is eligible for a detention order because the case involves (check all that apply):

   \_\_\_\_ Crime of violence (18 U.S.C. §3156);

   \_\_\_\_ Maximum sentence life imprisonment or death

   \_\_\_\_ 10 + year drug offense

   \_\_\_\_ Felony, with two prior convictions in above categories

   \_X\_ Serious risk defendant will flee

   \_\_\_\_ Serious risk obstruction of justice

   \_\_\_\_ Felony involving a minor victim

   \_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

   \_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

2. Reason for Detention.   The Court should detain defendant because there are no conditions of release that will reasonably assure (check one or both):

   \_X\_ Defendant's appearance as required

   \_X\_ Safety of any other person and the community

**Motion for Detention—Page 1**

3. <u>Rebuttable Presumption.</u>  The United States will not invoke the rebuttable presumption against defendant.

4. <u>Time for Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    \_\_\_\_\_ At first appearance

     X   After continuance of \_\_3\_\_ days (not more than 3).

DATED this 18th day of April, 2023.

        Respectfully submitted,

        LEIGHA SIMONTON
        UNITED STATES ATTORNEY

        /s/ Douglas B. Brasher
        DOUGLAS B. BRASHER
        Assistant United States Attorney
        Texas State Bar No. 24077601
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone:   214-659-8604
        Facsimile:   214-659-8802
        douglas.brasher@usdoj.gov